BENJAMIN PARR, Respondent, *v.* NOAH LODER, JR., Appellant.

*Parr* v. *Loder*, 97 App. Div. 218, appeal dismissed.
(Submitted January 9, 1905; decided January 17, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court, in the second judicial department, entered October 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal was unauthorized and the Court of Appeals had no jurisdiction to entertain the same.

*Ralph Earl Prime, Jr.,* for motion.

*Joseph Middlebrook* opposed.

Motion granted and appeal dismissed, with costs, upon the ground that the action, being one to recover damages for malicious prosecution, is for a personal injury, within the definition of subdivision 9 of section 3343 of the Code of Civil Procedure, and hence under subdivision 2 of section 191 no appeal lies to this court from a unanimous affirmance, unless permitted in the way provided for in the section. Ten dollars cost of motion.